**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANNIELLE CURRY, on her own behalf and as Special Administrator of the Estate of CHRISTOPHER KELLY, deceased, | ) ) ) ) ) | |
| | ) | Case No. 15 CV 9152 |
| Plaintiff, | ) ) | |
| | ) | Judge Lee |
| v. | ) ) | JURY DEMAND |
| OFFICER KYLE BURNS (Star #13310), OFFICER KELIN ALTHOFF (Star #4163), OFFICER CHRIS DIEBALL (Star #14889), OFFICER MARK LACIVITA (Star #15136), OFFICER VIRIGINA O'DONNELL (Star #5695), OFFICER BRIAN RIX (Star #15065), OFFICER MICHAEL KEY (Star #8813), SGT. ANGELO MONACO (Star #1595), and the CITY OF CHICAGO, a municipal corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on November 17, 2015, I filed through the Northern District of Illinois ECF Electronic Filing the attached:

**FIRST AMENDED COMPLAINT**

Respectfully submitted,


/s/ Ronak Maisuria
Ronak Maisuria
One of the Attorneys for Plaintiff

1