IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANNIELLE CURRY, on her own behalf and as Special Administrator of the Estate of CHRISTOPHER KELLY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER KYLE BURNS (Star #13310), OFFICER KELIN ALTHOFF (Star #4163), OFFICER CHRIS DIEBALL (Star #14889), OFFICER MARK LACIVITA (Star #15136), OFFICER VIRGINIA O'DONNELL (Star #5695), OFFICER BRIAN RIX (Star #15065), OFFICER MICHAEL KEY (Star #8813), SGT. ANGELO MONACO (Star #1595), OFFICER LILIAN ZEPEDA (Star #5920), OFFICER JOYCE SHEAN (Star #10293), OFFICER GABRIELLA CRUZ (Star #2844) OFFICER ERICK GRADY (Star #17129), OFFICER KEVIN HAWKINS (Star #13471), OFFICER ERIC SEHNER (Star #11641), OFFICER ADAM FITZGERALD (Star #7834), and the CITY OF CHICAGO, a municipal corporation,<br><br>Defendants. | No. 15 C 9152<br><br>Judge John Z. Lee<br><br>Magistrate Judge Mason |

## STIPULATION TO DISMISS WITH LEAVE TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement filed herewith, and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

_[signature]_

Jon Erickson
Attorney for plaintiff,
Dannielle Curry, on her own behalf and as
Special Administrator of the Estate of
Christopher Kelly, deceased, plaintiff
Erickson & Oppenheimer, Ltd.
223 West Jackson Blvd., Suite 200
Chicago, Illinois 60606
Attorney No. 47405
FEIN: 27-3040519
DATE: 10/17/17

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for defendant City of Chicago

_[signature]_

Dana O'Malley
Senior Counsel
Attorney for defendants, Kyle Burns, Michael Key, Liliana Zepeda, Joyce Shean, Gabriel Cruz, Erick Grady, Kevin Hawkins, Eric Sehner, and Adam Fitzgerald
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 6280861
DATE: 10-24-17