## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Dannielle Curry

                Plaintiff,

v.

Kyle Burns, et al.

                Defendant.

Case No.: 1:15−cv−09152
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 26, 2017:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation to dismiss with leave to reinstate, this case is dismissed with each party to bear its own costs and attorney fees. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.